**Fill in this information to identify your case:**

Debtor 1: Rondrea Lynn Noble

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): 24-35152

United States Courts
Southern District of Texas
**FILED**

NOV 15 2024

Nathan Ochsner, Clerk of Court

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Veterans United Home Loans
Creditor's Name
1400 Forum Blvd
Number   Street
Ste 18
Columbia                mo    65203
City                    State ZIP Code

Describe the property that secures the claim:
Fee Simple
Single Family Home

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 355,000.00    $ 300,000.00    $ 0.00

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 08/04/0202

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  3  4  8  3

**2.2** First Community Credit Union
Creditor's Name
P.O. Box 840129
Number   Street

Houston                 TX    77284
City                    State ZIP Code

Describe the property that secures the claim:
Primary vehicle

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 40,318.53     $ 20,765.00     $ 0.00

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 08/05/0202

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0  1  4  3

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 395,318.53

Official Form 106D           Schedule D: Creditors Who Have Claims Secured by Property           page 1 of 1